**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00750-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

SIRRLOVE REESE WILLIAMS,

     Plaintiff,

v.

[NO NAMED DEFENDANT],

     Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff, Sirrlove Reese Williams, currently is incarcerated at the El Paso County

Criminal Justice Center in Colorado Springs, Colorado.  He has filed *pro se* a letter

(ECF No. 1) appearing to assert civil rights violations pursuant to 42 U.S.C. § 1983.  As

part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined

that the submitted document is deficient as described in this order.  Plaintiff will be

directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff

files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>   is not submitted (<u>must submit the court's current form revised 10/01/12
                with Authorization and Certificate of Prison Official</u>)
(2)   __   is missing affidavit
(3)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the 6-month
                period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner

(7)   __   is not on proper form
(8)   __   names in caption do not match names in caption of complaint, petition or
            habeas application
(9)   __   An original and a copy have not been received by the court.
            Only an original has been received.
(10)  X    other:  § 1915 motion and affidavit and certified account statement only
            are necessary if $400.00 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:
(11)  X    is not submitted
(12)  __   is not on proper form (must use the court's current form)
(13)  __   is missing an original signature by the prisoner
(14)  __   is missing page nos. ___
(15)  __   uses et al. instead of listing all parties in caption
(16)  __   An original and a copy have not been received by the court.  Only an
            original has been received.
(17)  __   Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(18)  __   names in caption do not match names in text
(19)  __   other:

Accordingly, it is

ORDERED that Plaintiff, Sirrlove Reese Williams, cure the deficiencies

designated above **within thirty (30) days from the date of this order**.  Any papers

that Plaintiff files in response to this order must include the civil action number on this

order.  It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case

manager or the facility's legal assistant) the Court-approved forms for filing a Prisoner's

Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner

Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and shall

use those forms in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this order**, the action will be dismissed without

further notice.

DATED March 14, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge